## RANSOM *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 53, September Term, 1964.]

*Decided November 16, 1964.*

Before HENDERSON, C. J., and HAMMOND, HORNEY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

This application for leave to appeal from a denial of post conviction relief contains no statement of reasons, as required by Maryland Rule BK46 b, and must be dismissed on that ground. Cf. *Murel v. Director,* 231 Md. 661. In any event, we think the opinion of Judge Grady in the court below dealt fully and adequately with all of the contentions raised in his petition.

*Application denied.*